846

No. 90–11. ARGUELLO v. UNITED STATES. Ct. Mil. App. Certiorari denied. 

No. 90–12. ROUNDS v. UNITED STATES. Ct. Mil. App. Certiorari denied. 

No. 90–14. RECKMEYER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 90–15. GORDON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 90–16. SHENANDOAH BAPTIST CHURCH v. DOLE, SECRETARY OF LABOR, ET AL. C. A. 4th Cir. Certiorari denied. ██ 

No. 90–17. BROTHERHOOD OF RAILWAY CARMEN (DIVISION OF T. C. U.) ET AL. v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. C. A. 5th Cir. Certiorari denied. 

No. 90–19. JONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 90–21. MARTINSON v. FARM CREDIT BANK OF ST. PAUL, FKA FEDERAL LAND BANK OF ST. PAUL. Sup. Ct. N. D. Certiorari denied. 

No. 90–22. THOMPSON v. WISE GENERAL HOSPITAL ET AL. C. A. 4th Cir. Certiorari denied. ██

No. 90–23. FOOD CHEMICAL NEWS, INC., ET AL. v. BENSON, ACTING COMMISSIONER, FOOD AND DRUG ADMINISTRATION. C. A. D. C. Cir. Certiorari denied. 

No. 90–24. GREENSPAN, JAFFE & ROSENBLATT ET AL. v. SARA LEE CORP. C. A. 2d Cir. Certiorari denied. 

No. 90–27. HECK ET AL. v. ANDERSON ET AL. Ct. App. La., 1st Cir. Certiorari denied. 

No. 90–28. NEWTON v. W. R. GRACE & CO. ET AL. C. A. 11th Cir. Certiorari denied.